# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOE L. ROBINSON,

    Plaintiff,

Case No. 3:04-cv-456

District Judge Thomas M. Rose
  -vs-                                 Chief Magistrate Judge Michael R. Merz

FREEDOM FAITH MISSIONARY
 BAPTIST CHURCH, et al.,

    Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 26, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this case be, and it hereby is, dismissed without prejudice for lack of jurisdiction. All other pending motions herein are moot.

June 9, 2005.                                                  s/**THOMAS M. ROSE**

                                                             Thomas M. Rose
                                                    United States District Judge